RENEE WASSERMAN, AN INFANT, ET AL., PLAINTIFFS, v. SOL SCHWARTZ ET AL., DEFENDANTS.

Argued February 4, 1943—Decided April 29, 1943.

For the respondents, *John W. McGeehan, Jr.*

For the defendants, *Lindabury, Depue & Faulks.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DONGES, PERSKIE, DEAR, WELLS, RAFFERTY, JJ. 6.

*For reversal*—CASE, BODINE, HEHER, JJ. 3.

*For modification*—THOMPSON, J. 1.